UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WISCONSIN

Paul Stafford,  ) U.S. District Court No.
    Petitioner in Pro Se, ) 96-CR-0003-C-01
    v. )
     ) District Court Judge
Warden C. Zych, ) Honorable
Federal Bureau of Prisons, ) Barbara B. Crabb
P.O. Box 9999
Milan, MI 48160
    Respondent.

MOTION TO BE REMOVED FROM THE
RESTRICTED FILER LIST

Now comes, Paul R. Stafford as Petitioner in Pro Se, hereby respectfully moves this Honorable Court to remove this Petitioner from the "Restricted Filer List" since this Court's restriction was based upon a misconception of an application of a § 2241 habeas corpus. This Court's orders of May 31, 2005 and April 20, 2005 as well as the December 19, 2006 order plainly show that this Court's errors are identical to those of which the Court of Appeals for the Seventh Circuit held in Collins v. Holinka, 510 F.3d 666 (7th Cir. 2007) to be illegal and unconstitutional.

Collins established:

(1) No permission is needed from the Appeals Court [before] a § 2241 habeas corpus, and

(2) The conviction and sentence can be challenged when

-1-

Denied
Barbara B. Crabb
Sept. 17, 2008

a prisoner is challenging whether or not his or her "custody" is illegal and therefore unconstitutional, and

(3) The U.S. Constitution at Article I Section 9 Clause II does not allow the suspension of a Writ of Habeas Corpus and that is exactly what has happened in this case at bar, as proven within the petitions or motions this Petitioner has [attempted] to file for many years now... This Court must now realize its grevious errors that have resulted in a denial of a First Amendment right to access to the courts, as well as a denial of free speech. Needless to say, the many years of the restriction have resulted in a much harsher sentence, in violation of the Eighth Amendment of the U.S. Constitution.

Wherefore, Petitioner respectfully requests that this motion be "Granted", and the § 2241 habeas also filed herein be immediately adjudicated under § 2243.

Respectfully submitted,

Sept 14, 2008
Date

*Paul Stafford*
Paul Stafford
07193-045
FCI Milan
P.O. Box 1000
Milan, MI 48160

-2-